**Dismissed; Opinion Filed September 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01117-CV

**JESUS ANTONIO GONZALEZ, Appellant**

**V.**

**BLUE CIEL TOWER DEVELOPMENT, LTD., HIC-GP, INC., HARWOOD INTERNATIONAL INCORPORATED, HARWOOD LIVING, LP, HARWOOD LIVING GP, LLC, ET AL., Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01134**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Nowell
Opinion by Justice Myers

The Court has before it a joint motion to dismiss filed on September 15, 2020 by the parties in the above case. The motion informs us the parties have settled this matter. Accordingly, we **GRANT** the motion to dismiss and **DISMISS** this appeal.

/Lana Myers/
LANA MYERS
JUSTICE

191117F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JESUS ANTONIO GONZALEZ, Appellant

No. 05-19-01117-CV     V.

BLUE CIEL TOWER DEVELOPMENT, LTD., HIC-GP, INC., HARWOOD INTERNATIONAL INCORPORATED, HARWOOD LIVING, LP, HARWOOD LIVING GP, LLC, ET AL., Appellees

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-19-01134.
Opinion delivered by Justice Myers. Chief Justice Burns and Justice Nowell participating.

In accordance with this Court's opinion of this date, the appeal is

**DISMISSED**.  It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 17th day of September, 2020.